## MAGNUS BERGREN v. VERMILLION LUMBER COMPANY.[1]

December 8, 1911.

Nos. 17,358—(97).

**Damages.**

·Where the jury can do no more than guess at the amount of damages sustained by plaintiff, the trial court is justified in directing a verdict in favor of defendant. [Reporter.]

Action in the district court for St. Louis county to recover $418, balance due under an agreement to cut and deliver logs. The answer admitted the cutting of the logs and delivery to defendant, and that plaintiff had been paid therefor the sum of $3,647.12, and it was mutually agreed between them that defendant should pay plaintiff that sum in full satisfaction of plaintiff's claim. The reply denied this allegation. The case was tried before Ensign, J., who directed a verdict in favor of defendant. From an order denying plaintiff's motion for a new trial, he appealed. Affirmed.

*W. G. Bonham*, for appellant.

*I. Grettum*, for respondent.

PER CURIAM.

We have carefully considered the evidence and reached the conclusion that there was no basis upon which the jury could do more than guess at the amount of damages that plaintiff had sustained by the defendant's alleged breach of its agreement. The trial court was justified in directing a verdict.

Order affirmed.

[1] Reported in 133 N. W. 1132.